128644

*ELECTRONICALLY FILED*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADCUAH DIVISION
CASE NO. 5:09-CV-10-R

KIM BYERS                                                                                     PLAINTIFF

VS

MIDWEST TERMINAL INC.                                                        DEFENDANT

## AGREED ORDER OF DISMISSAL

By agreement of the parties, having notified the Court that a settlement has been obtained in the above matter, the Court hereby enters the following:

IT IS HEREBY ORDERED that the above styled action, including all claims asserted or which could have been asserted, is hereby dismissed with prejudice.

1